UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Roberts, Todd M.

Case No. 14-bk-26983
Reporting Period: Initial Reporting Period
(August 18 to September 30, 2014)

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Attached | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Attached | |
| Copies of bank statements | | Attached | |
| Cash disbursements journals | | | N/A |
| Statement of Operations | | Attached | |
| Balance Sheet | | Attached | |
| Status of Postpetition Taxes | | | No PP taxes due |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | None |
| Listing of aged accounts payable | | | N/A |
| Accounts Receivable Reconciliation and Aging | | | N/A |
| Debtor Questionnaire | | Attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_[signature]_                                                          10/20/2014

Signature of Debtor                                                    Date

FORM MOR (INDV)
(9/99)