In re Roberts, Todd M.  
Debtor

Case No. 14-bk-26983  
Reporting Period ___ August 18, 2014 to September 30, 2014

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 3201.95 | 3201.95 |
| **RECEIPTS** | | |
| Wages (Net) | 936.54 | 936.54 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 936.54 | 936.54 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 295.32 | 295.32 |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | 87.94 | 87.94 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 3000 | 3000 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 3383.26 | 3383.26 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 3383.26 | 3383.26 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -2446.72 | -2446.72 |
| Cash - End of Month (Must equal reconciled bank statement) | 755.23 | 755.23 |

FORM MOR-1(INDV)  
(9/99)

In re Roberts, Todd M.
Debtor

Case No. 14-bk-26983
Reporting Period August 18, 2014 to September 30, 2014

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| Other Taxes | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| Other Reorganization Expenses | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

# Todd Roberts DIP

## Bank Reconciliation
as of September 30, 2014

| | |
|---|---:|
| Closing Balance as per Statements | $755.23 |
| Deposits within Period Not Reflected | $0.00 |
| Checks within Period Not Reflected | $0.00 |
| Total Adjustments | $0.00 |
| Adjusted Closing Balance | $755.23 |
| Book Balance | $755.23 |

# Todd Roberts DIP

## Statement of Operations
for the period from inception (August 18, 2014) to September 30, 2014

| | | |
|---|---:|---:|
| **Income** | | |
| Rental Income | $ | - |
| Other Income | $ | 936.54 |
| Total Income | $ | 936.54 |
| **Expense** | | |
| Child and Spousal Support | $ | 3,000.00 |
| Health Insurance | $ | - |
| Other Insurance | $ | 295.32 |
| Rent | $ | - |
| Utilities | $ | - |
| Transportation | $ | - |
| Other Living Expenses | $ | - |
| Other Expenses | $ | 87.94 |
| Total Expense | $ | 3,383.26 |
| Net | $ | (2,446.72) |

# DEBTOR QUESTIONNAIRE
## As of September 30, 2014

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | Yes - initial DIP op acct | |

1. Note that autopay expenses for child support and insurance were paid from account previously existing while the DIP operating account was set up and the autopays were transferred over to the new account. All activity from these accounts is provided in this report and copies of the online electronic bank entries are provided

2. The information for the DIP operating account #4283985659 has been previously provided. A copy of the first bank statement is attached